MOLINE TRUST & SAVINGS BANK v. WYLIE.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1906.)

No. 2,457.

APPEAL AND ERROR—DISMISSAL OF APPEAL—VIOLATION OF RULES OF COURT.
   A Circuit Court of Appeals may dismiss an appeal where the appellant fails to comply with rules 11 and 24 of the court (90 Fed. cxlvi, clxiv, 31 C. C. A. cxlvi, clxiv) respecting assignments of error and briefs.
   [Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, § 3101.]

Appeal from the District Court of the United States for the Southern District of Iowa.

On motion to dismiss appeal.

Geo. W. Wood and J. A. Hanley, for appellant.

Walter H. Petersen and Walter M. Balluff (Wm. M. Chamberlain, E. E. Cook, and F. L. Dodge, on the brief), for appellee.

Before SANBORN, HOOK, and ADAMS, Circuit Judges

PER CURIAM. The appeal in this case is dismissed on the motion of the appellee upon the authority of City of Lincoln v. Sun Vapor Street Light Co., 8 C. C. A. 253, 254, 59 Fed. 756, 758, Oswego Township v. Travelers' Ins. Co., 17 C. C. A. 77, 70 Fed. 225, Sovereign Camp of Woodmen of the World v. Jackson, 38 C. C. A. 208, 97 Fed. 382, and Western Assurance Co. v. Polk, 44 C. C. A. 104, 104 Fed. 649, for the failure of the appellant to comply with rules 11 and 24 of this court (90 Fed. cxlvi, clxiv, 31 C. C. A. cxlvi, clxiv), which relate to the assignment of errors and the briefs required.

The motion of the appellant to amend its brief is denied.